Order entered October 30 , 2012                    004658



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00871-CR

### CHRISTOPHER RAY NELSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81738-2011**

## ORDER

The Court **REINSTATES** this appeal.

On October 8, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On October 26, 2012, we received appellant's brief, together with an extension motion. Therefore, we conclude findings are no longer necessary and we **VACATE** the October 8, 2012 order.

We **GRANT** the October 26, 2012 extension motion and **ORDER** appellant's brief filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE